| | |
|---|---|
| Judge: | Hon. Marc Barreca |
| Chapter: | 7 |
| Hearing Date: | July 31, 2019 |
| Hearing Time: | 10:00 a.m. |
| Hearing Site: | Everett Station |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

DAVID FORCE,

　　　　Debtor.

Case No. 15-17343

TRUSTEE'S NOTICE OF RECEIPT OF OBJECTION FROM CREDITOR JUDY NELSON

Denice Moewes, Counsel for Chapter 7 Trustee, received the attached email objection from Creditor Judy Nelson.

Dated this 26th day of July, 2019.

　　　　　　　　　　WOOD & JONES, P.S.

　　　　　　　　　　/s/ Denice E. Moewes
　　　　　　　　　　Denice E. Moewes, WSBA #19464
　　　　　　　　　　Attorney for Chapter 7 Trustee
　　　　　　　　　　Virginia Burdette

NOTICE OF RECEIPT OF OBJECTION

Page 1

WOOD & JONES, P.S.
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 15-17343-MLB    Doc 181    Filed 07/26/19    Ent. 07/26/19 16:50:02    Pg. 1 of 2

      More ▾     3 of 930 results

Keep as New    Reply    Reply All    Forward    Delete    Spam

**RE: Objection to Motion July 30, 2019, Case No. 15-17343 - MLB ( FORCE ) N...**  

🚩 **j nels** (jnelsont714@hotmail.com)            Thu, Jul 25, 2019 4:39 pm

To: you    Details ▾

Dear Ms. Moewes

I sent an email to my Atty. Donald Bailey, requesting that he sent a letter of objection to the court concerning the proposed bidding of NorthShore Holdings, LLC Stock by the Debtor, David Force.

Because my attorney will be out of town until July 30, 2019, I am sending this letter directly to your office, as I do not believe that he will be submitting anything prior to his return.

I object to David Force having over $72,000 to purchase this stock instead of taking care of his obligations and to repay loans to persons that he owes, in particular, those of us that *loaned* him our hard earned cash.

Thank you for your consideration

Judy Nelson
530. 632.4330